RECEIVED
NOV 22 2004
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
FEB 22 2005
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

DOCKETED
NOV 23 2004

Phillip Gregory

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

County of Cook
John Stroger
Michael F. Sheahan
Callie Baird
Sgt. Latham
C.O. Fulson

Case No: **04C 7567**
(To be supplied by the Clerk of this Court)

JUDGE CONLON
MAGISTRATE JUDGE ASHMAN

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

**CHECK ONE ONLY:**

✓     COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code (state, county, or municipal defendants)

_____     COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331(a) U.S. Code (federal defendants)

_____     OTHER (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

Revised 4/01

1

Cont.            DEFENDANTS

- LT. BROGAN
- John Doe #1
- John Doe #2
- John Doe #3
- John Doe #4

I. **Plaintiff(s):**

   A. Name: Phillip Gregory

   B. List all aliases: _____

   C. Prisoner identification number: 2004-0032823

   D. Place of present confinement: Cook County D.O.C.

   E. Address: 2700 S. California Ave. Chi-IL

   (If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**

   (In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

   A. Defendant: County of Cook, Municipality
      Title: Administrative Municipal Corporation
      Place of Employment: 118 N. Clark St. Chi-Il 60602

   B. Defendant: John Stroger
      Title: President Cook County Commissioners
      Place of Employment: 118 N. Clark St. Chi-Il 60602

   C. Defendant: Michael F. Sheahan
      Title: Cook County Sheriff
      Place of Employment: Richard J. Daley Center CHI-IL 60602

   (If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 4/01

(3).

D). Callie Baird
   Director, C.C.D.O.C.
   2700 S. California Ave.
   Chicago, Illinois 60608

E). Sgt. Latham
   3-11- Correctional Officer Supervisor
   2700 S. California Ave.
   Chicago, Illinois 60608

F). C.O. Fulson
   3-11- Correctional Officer
   2700 S. California Ave.
   Chicago, Illinois 60608

G). Lt. Brogan
   3-11- Correctional Officer Supervisor
   2700 S. California
   Chicago, Illinois 60608

(H-I-J-K-) John Doe's #1-#4
   Correctional Officers
   2700 S. California
   Chicago, Illinois 60608

(4).

III. **Exhaustion of Administrative Remedies**

You are required to exhaust all your available administrative remedies before bringing an action in federal court.

A. Is there a grievance procedure available at your institution?

YES (✓) NO ( ) If there is no grievance procedure, skip to F.

B. Have you filed a grievance concerning the facts in this complaint?

YES (✓) NO ( )

C. If your answer is **YES**:

1. What steps did you take? *I filed a Grievance Concerning my attack and Injuries.*

2. What was the result? *assumed Pending due to no final disposition being given*

3. If the grievance was not resolved to your satisfaction, did you appeal?

What was the result (if there was no procedure for appeal, so state.) *I've tried to no avail to obtain a first reply, No results have come about*

D. If your answer is **NO**, explain why not: *There is a lack of response from County Grievance board.*

Revised 4/01

—(5).

E. Is the grievance procedure now completed? YES (✓) NO ( )

F. If there is no grievance procedure in the institution, did you complain to authorities? YES ( ) NO (✓)

G. If your answer is YES:

1. What steps did you take?

    Not Applicable

2. What was the result?

    N/A

H. If your answer is NO, explain why not:

   I've tried to on the Jail level have my grievance heard, I've been forced to seek federal Civil action.

Revised 4/01

(6).

IV. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court (including the Central and Southern Districts of Illinois):

A. Name of case and docket number: Phillip Gregory V. City of Chicago et, al # 04 C 4483

B. Approximate date of filing lawsuit: May 2004

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: Phillip Gregory

D. List all defendants: City of Chicago, Chicago Police Dept. John Doe's 1-4, Phillip Cline

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): U.S. District Court, Northern Dist

F. Name of judge to whom case was assigned: Judge Kennelly, Magistrate Sidney I. Schenkier

G. Basic claim made: Exessive Force, Racial degredation Violations of Civil Rights

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Still Pending

H. Approximate date of disposition: None, Still Pending

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

Revised 4/01

(7).

V. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe precisely how each defendant is involved. Include also the names of other persons involved, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On the date of Febuary 26th 2003 while Confined in the Cook County Dept of Corrections during the 3 p.m. through 11 p.m Shift I was Unreasonably and without Cause, abruptly Attacked by Cook County Sheriffs Officers John Doe's 1 through 4. Said Cook County Sheriffs Correctional Officers while Working Under Color of State law and in their Individual Capacities and Official Capacities Under direction of their Supervising Sargent and Lt. threw me into a Cell, and Came in afterwards and grossly and savagely beat me. Said John Doe's 1-through 4 and c/o fulson while being held by each at different times beat me, Kicked me and Stomped me repeatedly in my face and Upon my body Causing severe injury, Swelling, bruising, and as well they left me bleeding and Unconscious and then locked me in the room without Concern for me

Revised 4/01

(8).

and my numerous injuries, all of this occurred while Supervising Personnel was standing by, Sgt Latham the Supervisor stood Idle and watched her Correctional officers throw me into a cell and proceed into such to beat me up without provocation Said John Does 1-4 and C.O. Fulson Intentionally without Justifiable Cause while working under color of State law and as well a County Sheriff of Cook Countys Widespread Policy and Customs each in his official and also Individual Capacity Committed a Wreckless act of assault against me to force me to accept below Standard incarceration and to stop me from complaining about my needing Medical attention for injuries I endured from my Chicago Police department arrest, Said Sheriffs staff Caused more severe injuries and also have Subjected me to Mental injury Said 3-11 p.m. Shift Supervisors Lt. Brogan

and his staff of personnel Sgt Latham and C.O. fulson,,, and John Does 1-4 have Undertaken in Gross intentional acts of misconduct and physical assaults No form of procedures for reporting these acts have been properly implimented my report to the Grievance board and to internal Affairs has not produced any results and my complaints have been met with resistance leaving me in further fear of retaliation for trying to report the incident and physical assault. I am Seeking Judicial Intervention and moneytary damages for the Gross and deliberate and Intentional acts of misconduct and assaults, and for the widespread County Agencies Policy of inflicting Unprovoked attacks on the individual detainee's confined in the Jail, I am Seeking redress for my injuries that are at this time being hidden and Not reported by the Operating Staff.

(10).

Said New Jail director Callie Baird has Condoned acts of Violence to be deliberately Committed against detainee's only to attract attention of the General Public in order to precure More Money for Manpower to run the Jail,, No Such manpower is needed because She has a Overflow of Staff earning money Without performing their already assigned duties, Callie Baird has felled to implement procedures of Criminal Charges against her Staff whom are at random physically assaulting detainee's especially detainees brought in on intake, I was Physically assaulted because of Callie Baird's Continuing Unwritten Policy that was put in place years before her takeover, Said Jail Director has allowed and Specifically promoted infliction of physical assualts to be Carried on and has approved of her Investigative Staffs

Revised 4/01

(11).

to disregard the Grievances placed in on such widespread problems of physical assaults, Said Director has allowed Medical Staff to not report incidents, as well the Staff on the 3-11 p.m. shift where most of the detainee assaults occur, Never take detainee's to health care for treatment, I had to Suffer from my Injuries until the next Shift and after being taken to Cermak health care by C.O. Huston on the 11 to 7 am shift and once taken to health-care after explaining how I endured my Injuries all medical treatment was stopped. I've reported my complaints to Outside County Officials Yet the Office of the board of Commissioners and President John Stroger have as well disregarded my complaints, Said officials have in their Official and Individual Capacities have deliberately maintained the Jail in a below Standard Operation, and have allowed Violence to Control its detainees. My last Grievance Control Number is 2004X0852. No response given.

Revised 4/01

(12).

Said Cook County Sheriff Michael Sheahan while holding the Position as Sheriff in his Official and Individual Capacity Working Under Color of State law has Specifically allowed his Director of the Jail to Use deliberate Intentional assault and Unprovoked attacks on detainee's to gain Public attention to his Manpower Shortage Issue between the County Board. Said Sheriff has deliberately Condoned and directed his Staff to Use force Intentionally. Said Sheriff has Specifically Undermined the general Public and the entire detainee population at the Jail Claiming a Shortage of Staff has led to the attacks of detainee's. Said is Untrue as Can be Seen by the fact that a total number of Staff Involved with my attack totaled 7 or more Staff Workers. Sheriff Sheahan has Self directed the Unwritten Code of Wreckless and Very deliberate assaults, Without Care of my Safety he Maintains Such with a Deliberate indifference

Revised 4/01

(13).

**VI. Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I am Seeking Special Independent Medical Care for Injuries to My Spine, and I'm Seeking an Moneytary award of $1,000,000.00 Million Dollars for the Gross and deliberate assault and $1,000,000.00 liability award against the County for Deliberate Deprevations of My Civil Rights

**CERTIFICATION**

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this _____ day of _____, 20____

_____

_____

_____
(Signature of plaintiff or plaintiffs)

_____
(Print name)

_____
(I.D. Number)

_____

_____
(Address)

Revised 4/01

(14).