IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED SEP 1 6 2005 NF

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

PHILLIP GREGORY, )
)
)
Plaintiff, )
) No. 04 C 7567
v. )
) Magistrate Martin C. Ashman
COOK COUNTY SHERIFF MICHAEL )
F. SHEAHAN, et al. )
)
)
)
Defendants. )

## STIPULATION TO DISMISS WITH PREJUDICE

The plaintiff in this case, PHILLIP GREGORY, pro se, and the defendants, MICHAEL F. SHEAHAN, THE COUNTY OF COOK, and Sheriff's officers CAPTAIN RICHARD BROGAN, SERGEANT BRENDA LATHAM and TYRONE FULSON, through their attorney, Richard A. Devine, State's Attorney of Cook County, Illinois, and his Assistant, William F. Dorner, stipulate to the dismissal of this cause of action with prejudice and without costs pursuant to Federal Rule of Civil Procedure 41(a)(1).

PLAINTIFF:

PHILLIP GREGORY

_____ Date: 9-16-05
Phillip Gregory

DEFENDANTS:

MICHAEL F. SHEAHAN, COOK COUNTY, SHERIFF'S OFFICERS CAPTAIN RICHARD BROGAN, SERGEANT BRENDA LATHAM and TYRONE FULSON

By: _____ Date: Sept 16, 2005
William F. Dorner
Assistant State's Attorney
500 Richard J. Daley Center
Chicago, IL 60602